UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER THOMPSON,<br><br>                      Plaintiff,<br><br>-v.-<br><br>CRF-CLUSTER MODEL PROGRAM,<br><br>                      Defendant. | 19 Civ. 1360 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

On November 12, 2019, Plaintiff filed a Third Amended Complaint. (Dkt. #41). On December 12, 2019, Defendants submitted an application to file a motion to dismiss. (Dkt. #44). Defendants' application is GRANTED. Defendants shall file their anticipated motion to dismiss on or before January 20, 2020. Plaintiff shall file his opposition papers on or before March 5, 2020. Defendants shall file their reply papers, if any, on or before March 19, 2020.

SO ORDERED.

Dated:     December 13, 2019
              New York, New York

                                                    KATHERINE POLK FAILLA
                                                    United States District Judge

**SENT BY FIRST CLASS MAIL TO:**

Peter Thompson
208 Dana Ave.
Columbus, NY 43223