UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER THOMPSON,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>CRF-CLUSTER MODEL PROGRAM,<br><br>                              Defendant. | 19 Civ. 1360 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The pre-trial conference scheduled for April 20, 2021 is hereby ADJOURNED to May 5, 2021, at 2:00 p.m. At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available before 2:00 p.m. The parties' pre-conference submission (*see* Dkt. #58), shall be due on or by April 29, 2021. The Clerk of Court is directed to mail a copy of this letter to Plaintiff.

        SO ORDERED.

Dated:      April 15, 2021
               New York, New York

                                                              _____
                                                                  KATHERINE POLK FAILLA
                                                                  United States District Judge